DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELVIS BURNS a/k/a ELVIS SHINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D20-846

_____

September 3, 2021

Appeal from the Circuit Court for Sarasota County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

SLEET, ATKINSON, STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.